Mark SHAFFER, Appellant,

v.

STATE of Missouri, Respondent.

No. ED 82753.

Missouri Court of Appeals,
Eastern District,
Division Five.

June 30, 2003.

Mark Shaffer, Bowling Green, pro se.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jefferson City, for respondent.

LAWRENCE E. MOONEY, Chief Judge.

Mark Shaffer, the appellant, appeals from a judgment denying his petition for writ of habeas corpus.

We are obligated to determine whether we have jurisdiction and if we lack jurisdiction to entertain an appeal, then it should be dismissed. *Fischer v. City of Washington*, 55 S.W.3d 372, 377 (Mo.App. E.D.2001). Here, the appellant seeks to appeal from the judgment denying his writ of habeas corpus in the circuit court. An appeal does not lie from a decision in a habeas corpus proceeding. *Bebee v. State*, 619 S.W.2d 363 (Mo.App. S.D.1981). A petitioner's remedy where a petition for writ of habeas corpus is denied is by way of a successive application for writ of habeas corpus. *Holmes v. Rowley*, 91 S.W.3d 676, 676 (Mo.App. E.D.2002).

The appeal is dismissed for lack of an appealable judgment.

LAWRENCE G. CRAHAN, J., and ROBERT G. DOWD, JR., J., concur.